11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Bethany M.
Herman

Appellant

Vs.                   No.
11-02-00047-CR B
Appeal from Harris County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to withdraw her notice of appeal.  In her motion, appellant states that she
wants the present appeal dismissed.  The
motion is signed by both appellant and her counsel.  The motion is granted. 
TEX.R.APP.P. 42.2.

The
appeal is dismissed.

 

PER CURIAM

 

May 23, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.